IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-cv-00139-M

| | |
|---|---|
| WORKINGFILMS, INC.,<br><br>        *Plaintiff*,<br><br>v.<br><br>WORKING NARRATIVES, INC.,<br><br>        *Defendant*. | **JOINT NOTICE OF SETTLEMENT** |

The Parties to this matter hereby provide notice to the Court that they have agreed to settle this matter. After the formal settlement agreement is signed, the Parties will file a stipulation of dismissal with prejudice of all claims and counterclaims.

Respectfully submitted this the 29th day of September, 2021.

| | |
|---|---|
| ALEXANDER RICKS PLLC<br>/s Alice C. Richey      /<br>Alice C. Richey<br>Benjamin F. Leighton<br>alice@alexanderricks.com<br>ben@alexanderricks.com<br>1420 E. 7th Street, Suite 100<br>Charlotte, NC 28204<br>Tel. 704.365.3656<br>Fax. 704.365.3676<br><br>MCDERMOTT IP LAW<br>/s Richard M. McDermott    /<br>Richard M. McDermott<br>rick@mcdermottiplaw.com<br>1800 Camden Road<br>Suite 107-278<br>Charlotte, NC 28203<br>Tel: 704.451.2126<br><br>ATTORNEYS FOR PLAINTIFF | ALSTON & BIRD LLP<br> /s M. Scott Stevens      /<br>M. Scott Stevens<br>Lauren N. Griffin<br>Scott.Stevens@alston.com<br>Lauren.Griffin@alston.com<br>101 S. Tryon Street, Suite 4000<br>Charlotte, North Carolina 28280<br>Tel. 704.444.1025<br>Fax. 704.444.1935<br><br>ATTORNEYS FOR DEFENDANT |